UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN W. EVANS | ) | |
| | ) | Case Number 2:13-cv-01012 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC | ) | |
| & | ) | |
| EQUIFAX INFORMATION SERVICES, LLC | ) | |
| & | ) | |
| TRANS UNION, LLC | ) | |
| & | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Susan W. Evans, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action with prejudice against Asset Acceptance, LLC only. Each party is responsible for their own attorney's fees and costs.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060