## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

SUSAN W. EVANS                              )
                                            )          **Case Number 2:13-cv-01012**
              **Plaintiff**                 )
                                            )
        **vs.**                             )
                                            )
ASSET ACCEPTANCE, LLC                       )
              **&**                         )
EQUIFAX INFORMATION SERVICES, )
LLC                                         )
              **&**                         )
TRANS UNION, LLC                            )
              **&**                         )
EXPERIAN INFORMATION                        )
SOLUTIONS, INC.                             )
                                            )
                                            )
              **Defendant**                 )
_____ )


### <u>STIPULATION OF DISMISSAL</u>

AND NOW, this 25th day of April 2013,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant, Trans Union, LLC, that the above captioned matter be dismissed with prejudice as to Trans Union, LLC only.  All parties shall bear their own costs and attorney's fees.


Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_
      Brent F. Vullings, Esquire
      Attorney for Plaintiff


Schuckit & Associates, PC

BY: _/s/ Ian P. Goodman_
      Ian P. Goodman, Esquire
      Attorney for Defendant