UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN W. EVANS ) | |
| ) | Case Number 2:13-cv-01012 |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| ASSET ACCEPTANCE, LLC ) | |
| & ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC ) | |
| & ) | |
| TRANS UNION, LLC ) | |
| & ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 13th day of May 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant, Equifax Information Services, LLC, that the above captioned matter be dismissed with prejudice as to Equifax Information Services, LLC only. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
   Brent F. Vullings, Esquire
   Attorney for Plaintiff


Christie Pabarue Mortensen & Young PC

BY: /s/ *Anneliese Scott*
   Anneliese Scott, Esquire
   Attorney for Defendant