UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN W. EVANS ) | |
| ) | Case Number 2:13-cv-01012 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| ASSET ACCEPTANCE, LLC ) | |
| & ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC ) | |
| & ) | |
| TRANS UNION, LLC ) | |
| & ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 20th day of May 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant, Experian Information Solutions, Inc., that the above captioned matter be dismissed with prejudice as to Experian Information Solutions, Inc. only.  All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


Kaplin Stewart Meloff Reiter & Stein, PC

BY: /s/ *Mohammad A. Ghiasuddin*
    Mohammad A. Ghiassuddin, Esquire
    Attorney for Defendant