IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN W. EVANS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **ASSET ACCEPTANCE, LLC, et. al.** | : | NO. 2:13-cv-01012-LDD |

O R D E R

      AND NOW**,** this **20th** day of May, 2013**,** it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

                    **MICHAEL E. KUNZ**, Clerk of Court


                **BY:**   /s/ Donna Croce
                      Donna Croce for Mia Harvey
                      Deputy Clerk to Judge Legrome D. Davis